# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Morgan, Brittney R | Docket No. | 0980 2:22CR00133-TOR-6 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brittney R. Morgan, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 28th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Morgan. Ms. Morgan acknowledged an understanding of the release conditions at that time.

**Violation #1:** Brittney R. Morgan is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about October 3, 2022.

On October 4, 2022, Ms. Morgan reported to the U.S. Probation Office to meet with the undersigned officer. During that meeting, Ms. Morgan verbally admitted she smoked methamphetamine on October 3, 2022. Subsequently, Ms. Morgan signed a substance abuse admission form acknowledging her use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: October 11, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Morgan, Brittney R**
**October 11, 2022**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/12/22
_____
Date